**FILED**

MAY 17 2019

Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KEVIN FENNICK,                                          :

             Plaintiff,                              :

                      :

             v.                                     :        Civil Action No. 19-1332 (UNA)

                      :

COMMONWEALTH OF MASSACHUSETTS,        :

             Defendant.                            :

**MEMORANDUM OPINION**

The plaintiff's submission bears a date stamp indicating that the Clerk of Court received a document titled "Complaint: Hinderance: U.S. Court Deputy" and an application to proceed *in forma pauperis* on September 5, 2017. For reasons unknown, the plaintiff's submission languished for many months, and the Clerk of Court opened this civil action on May 6, 2019.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). This "Complaint" fails to accomplish the purpose of Rule 8(a), that is, to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). Therefore, the Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss this civil action without prejudice. An Order is issued separately.

_____
United States District Judge

DATE: May 16, 2019